1  Brandt L. Wolkin, Esq.,     SBN 112220
   Dawn A. Silberstein, Esq.,   SBN 167936
2  Wolkin · Curran, LLP
   555 Montgomery Street, Suite 1100
3  San Francisco, California 94111
   Telephone:    (415) 982-9390
4  Facsimile:    (415) 982-4328

5  Attorneys for Defendant
   ONEBEACON INSURANCE COMPANY
6

7

8              UNITED STATES DISTRICT COURT

9           NORTHERN DISTRICT OF CALIFORNIA -

10              SAN FRANCISCO DIVISION

11  JAMES JARDINE, an individual,          Case No. C-10-3336 SC, consolidated for pre-
                                           trial purposes with:
12              Plaintiff,                 Case No. C-10-3318-SC;
                                           Case No. C-10-3319-SC; and
13          v.                             Case No. C-10-3335-SC.

14  ONEBEACON INSURANCE COMPANY,           **STIPULATION AND [PROPOSED]**
    a corporation, and DOES 1 thorough 50, **ORDER REGARDING MOTION FOR**
15                                         **SUMMARY JUDGMENT-RELATED**
                Defendants.                **BRIEFING DEADLINES**
16
                                           The Honorable Judge Samuel Conti
17

18

19

20          Counsel for the above action hereby stipulate and agree to the following extensions

21  of time to file Opposition and Reply briefing in response to defendant ONEBEACON

22  INSURANCE COMPANY'S (hereinafter, "ONEBEACON") Motion for Summary

23  Judgment filed on March 2, 2011 in the above matter, which motion shall be heard April 8,

24  2011, and respectfully request the Court issue an order approving same.

25          Plaintiff JAMES JARDINE (hereinafter, "PLAINTIFF") shall file its Opposition to

26  ONEBEACON'S motion on or before **Thursday, March 24, 2011**.

27          ONEBEACON shall file any papers in Reply to PLAINTIFF'S Opposition on or

28  before **Thursday, March 31, 2011.**

                                   1.

1        **IT IS SO STIPULATED:**

2    Dated:        March 18, 2011                WOLKIN • CURRAN, LLP

3

4                                               */s/ Brandt Wolkin*

5                                       By: _____
                                              Brandt L. Wolkin
6                                             Dawn A. Silberstein

7                                       Lead Trial Counsel for Defendant
                                        OneBeacon Insurance Company
8

9    Dated:        March 18, 2011        LAW OFFICE OF SCHENONE & PECK

10

11                                             */s/ Ronald Peck*

12                                      By: _____
                                              Ronald G. Peck
13
                                        Lead Trial Counsel for Plaintiff James Jardine
14

15

16   ///

17   ///

18   ///

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

2.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**[Proposed] ORDER**

Pursuant to the above Stipulation, the Court hereby approves the following briefing schedule in regard to ONEBEACON"S Motion for Summary Judgment:

PLAINTIFF shall file its Opposition to ONEBEACON'S motion on or before **Thursday, March 24, 2011**.

ONEBEACON shall file any papers in Reply to PLAINTIFF'S Opposition on or before **Thursday, March 31, 2011.**

**IT IS SO ORDERED.**

Dated:  March 22, 2011

_____

The Honorable Judge Samuel Conti,
Judge of the United States District Court,
in and for the Northern District of California,
San Francisco Division.

**STIPULATION AND [PROPOSED] ORDER REGARDING MOTION**          **CASE 3:10-CV-03336 SC**
**FOR SUMMARY JUDGMENT-RELATED BRIEFING DEADLINES**

1

## DECLARATION OF SERVICE

2

I, Angela Lee Rojas, declare as follows:

3

I am a citizen of the United States, over the age of eighteen years and not a party to

4

the within entitled action.  I am employed at Wolkin · Curran, LLP, 555 Montgomery Street,

5

Suite 1100, San Francisco, California 94111.

6

On **18 March 2011** I served the attached document, STIPULATION AND

7

[PROPOSED] ORDER REGARDING MOTION FOR SUMMARY JUDGMENT-

8

RELATED BRIEFING DEADLINES**,** on the interested parties in said action, by placing a

9

true copy thereof in a sealed envelope(s) or package(s), with delivery fees or postage fully

10

prepaid, addressed as follows:

11

## PLEASE SEE ATTACHED SERVICE LIST

12

and served the named document in the manner(s) indicated below:

13

x    **BY ELECTRONIC SERVICE:**  I transmitted true and correct copy(ies) of the above document(s)
by electronic service from: "arojas@wolkincurran.com" on **18 March 2011** to the addressee(s) listed
on the attached service list.  A signed copy of this affidavit or certificate of mailing accompanied the
above named document(s).

14

15

I declare under penalty of perjury under the laws of the State of California that the

16

foregoing is true and correct and that I am employed in the office of a member of the bar of

17

this court at whose direction the service was made.  Executed 18 March 2011, at San

18

Francisco, California.

19

20

*/s/ Angela Rojas*

21

_____
Angela Lee Rojas

22

23

24

25

26

27

28

1

1

**SERVICE LIST**

| | |
|---|---|
| Jonathan Gross, Esq.<br>Vivian Leung Lerche, Esq.<br>Bishop Barry Drath<br>Watergate Tower III<br>2000 Powell Street, Suite 1425<br>Emeryville, CA 94608<br>Tel:  510/596-0888<br>Fax:  510/596-0899<br>E-mail: jgross@bishop-barry.com<br>E-mail: vlerche@bishop-barry.com | Counsel for *Maryland Casualty Company* |

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

i