Brandt L. Wolkin, Esq.,   SBN 112220
Dawn A. Silberstein, Esq.,   SBN 167936
Wolkin · Curran, LLP
555 Montgomery Street, Suite 1100
San Francisco, California 94111
Telephone:   (415) 982-9390
Facsimile:   (415) 982-4328

Attorneys for Defendant
EMPLOYERS FIRE INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA -

## SAN FRANCISCO DIVISION

| | |
|---|---|
| JAMES JARDINE, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MARYLAND CASUALTY COMPANY, a corporation, and DOES 1 thorough 50,<br><br>Defendants. | Case No. 3:10-cv-03318 SC, consolidated with<br>Case No. 3:10-cv-03319 SC;<br>Case No. 3:10-cv-03335 SC and<br>Case No. 3:10-cv-03336 SC |
| JAMES JARDINE, an individual,<br><br>Plaintiff,<br><br>v.<br><br>EMPLOYERS FIRE INSURANCE COMPANY, a corporation, and DOES 1 thorough 50,<br><br>Defendants. | Case No. 3:10-cv-03335 SC; and<br>Case No. 3:10-cv-03336 SC<br><br>**STIPULATION CONTINUING DEADLINE FOR DISCLOSURE OF EXPERT WITNESSES;** [Proposed] **ORDER APPROVING STIPULATION** |

WHEREAS, Defendant Employers Fire Insurance Company ("Employers") has filed motions for summary judgment in both Case No. 3:10-cv-03335 SC; and Case No. 3:10-cv-03336 SC.

///

1.

1     WHEREAS, the hearing on these motions is set for Friday, December 9, 2011.

2     WHERAS, the parties each wish to focus their time and attention on preparing their
3 opposition and reply briefs to the pending motions for summary judgment.

4     IT IS HEREBY STIPULATED by and between plaintiff, James Jardine, and
5 defendant, Employers, by and through their attorneys of record that the deadline for
6 disclosure of expert witnesses currently set for November 23, 2011 be extended through and
7 including, Monday, December 12, 2011.

8     **IT IS SO STIPULATED.**

9 Dated: November 11, 2011     SCHENONE & PECK

By: _____
Ronald G. Peck
Attorney for Plaintiff
JAMES JARDINE

14 Dated: November __, 2011     WOLKIN • CURRAN, LLP

By: _____
Brandt L. Wolkin
Dawn A. Silberstein
Attorneys for defendant
EMPLOYERS FIRE INSURANCE
COMPANY

20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

2.

STIPULATION AND [PROPOSED] ORDER EXTENDING     CASE 3:10-CV-03335 SC; AND
DEADLINE FOR EXPERT WITNESS DISCLOSURE     CASE 3:10-CV-03336 SC

1     WHEREAS, the hearing on these motions is set for Friday, December 9, 2011.

2     WHERAS, the parties each wish to focus their time and attention on preparing their
3 opposition and reply briefs to the pending motions for summary judgment.

4     IT IS HEREBY STIPULATED by and between plaintiff, James Jardine, and
5 defendant, Employers, by and through their attorneys of record that the deadline for
6 disclosure of expert witnesses currently set for November 23, 2011 be extended through and
7 including, Monday, December 12, 2011.

8     **IT IS SO STIPULATED**.

9 Dated: November __, 2011                              SCHENONE & PECK

By: _____
Ronald G. Peck
Attorney for Plaintiff
JAMES JARDINE

Dated: November 10, 2011                            WOLKIN • CURRAN, LLP

By: _____
Brandt L. Wolkin
Dawn A. Silberstein
Attorneys for defendant
EMPLOYERS FIRE INSURANCE
COMPANY

///
///
///
///
///
///
///
///
///

2.

STIPULATION AND [PROPOSED] ORDER EXTENDING     CASE 3:10-CV-03335 SC; AND
DEADLINE FOR EXPERT WITNESS DISCLOSURE          CASE 3:10-CV-03336 SC

## [PROPOSED] ORDER

PURSUANT TO THE PARTIES' STIPULATION, the Court finds good cause to grant the parties' request to extend the deadline for Expert Witness Disclosure from November 23, 2011 to December 12, 2011.

**IT IS SO ORDERED.**

Dated: 11/14/11



---

3.

STIPULATION AND [PROPOSED] ORDER EXTENDING
DEADLINE FOR EXPERT WITNESS DISCLOSURE

CASE 3:10-CV-03335 SC; AND
CASE 3:10-CV-03336 SC

# DECLARATION OF SERVICE

I, Angela Lee Rojas, declare as follows:

I am a citizen of the United States, over the age of eighteen years and not a party to the within entitled action. I am employed at Wolkin · Curran, LLP, 555 Montgomery Street, Suite 1100, San Francisco, California 94111.

On **11 November 2011** I served the attached document, **STIPULATION CONTINUING DEADLINE FOR DISCLOSURE OF EXPERT WITNESSES; [Proposed] ORDER APPROVING STIPULATION,** on the interested parties in said action, by placing a true copy thereof in a sealed envelope(s) or package(s), with delivery fees or postage fully prepaid, addressed as follows:

**PLEASE SEE ATTACHED SERVICE LIST**

and served the named document in the manner(s) indicated below:

__X__  **BY MAIL:** I placed true and correct copy(ies) of the above named document(s) in sealed envelope(s) or package(s), with postage fully prepaid, addressed to the addressee(s) listed above or on the attached service list on whom service is to be made. I served the above named document(s) by placing the envelope or package for collection and mailing following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service. The above named document(s) being served by mail bore a notation of the date and place of mailing and a signed copy of this affidavit or certificate of mailing accompanied the above named document(s).

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that I am employed in the office of a member of the bar of this court at whose direction the service was made. Executed 11 November 2011, at San Francisco, California.

*/s/ Angela Lee Rojas*

_____
Angela Lee Rojas

---

1

**DECLARATION OF SERVICE**         **CASE NO. 3:10-C--03335 SC AND**
                                    **CASE NO. 3:10-C--03336 SC**

**SERVICE LIST**

| | |
|---|---|
| Jonathan Gross, Esq.<br>Vivian Leung Lerche, Esq.<br>Bishop Barry Drath<br>Watergate Tower III<br>2000 Powell Street, Suite 1425<br>Emeryville, CA 94608<br>Tel:  510/596-0888<br>Fax:  510/596-0899<br>E-mail: jgross@bishop-barry.com<br>E-mail: vlerche@bishop-barry.com | Counsel for *Maryland Casualty Company* |

i

**SERVICE LIST**      **CASE NO. 3:10-C--03335 SC AND**
**CASE NO. 3:10-C--03336 SC**