1

2

3

4              IN THE UNITED STATES DISTRICT COURT

5            FOR THE NORTHERN DISTRICT OF CALIFORNIA

6

7    JAMES JARDINE,                    ) Case Nos. 10-3335 SC
                                       )
8         Plaintiff,                   ) ORDER DENYING WITHOUT
                                       ) PREJUDICE DEFENDANT'S MOTION
9              v.                      ) FOR ATTORNEY'S FEES
                                       )
10   MARYLAND CASUALTY COMPANY, and    )
11   DOES 1 through 50,                )
                                       )
12        Defendants.                  )
                                       )
13   _____ )
                                       )
14   JAMES JARDINE,                    )
                                       )
15        Plaintiff,                   )
                                       )
16             v.                      )
                                       )
17   EMPLOYERS FIRE INSURANCE          )
18   COMPANY, and DOES 1 through 50,   )
                                       )
19        Defendants.                  )
                                       )
20   _____ )

21

22        On January 5, 2012, the Court entered Judgment in this matter

23   in favor of Defendant Employers Fire Insurance Company

24   ("Employers") and against Plaintiff James Jardine ("Jardine").  ECF

25   No. 69 ("Jan. 5, 2012 J.").  Having prevailed on summary judgment,

26   Employers now seeks to recover reasonable attorney's fees.  ECF No.

27   71 ("Mot.").  Jardine opposes the motion for fees.  ECF No. 78

28   ("Opp'n").  On January 23, 2012, Jardine filed a Notice of Appeal

as to the January 5, 2012 Judgment.   ECF No. 73 ("Not. of Appeal").
The outcome of Jardine's appeal may substantially affect Employers'
eligibility to recover attorney's fees.   As such, it would be
premature to award Employers' fees at this time.   The Court
therefore DENIES Employers' Motion WITHOUT PREJUDICE.   If eligible
at that time, Employers may renew the request for fees following
the appeal.


     IT IS SO ORDERED.


     Dated: March 13, 2012



     UNITED STATES DISTRICT JUDGE